IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>            Plaintiffs,<br><br>vs.<br><br>JASON J. KINDSCHUH,<br><br>            Defendants. | 4:13CB3007<br><br>**ORDER** |

Regarding the citation issued to the defendant on July 8, 2013, (a copy of which is attached),

IT IS ORDERED:

1) The defendant is ordered to appear at 8:30 a.m. on December 5, 2013 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to answer to the charge.

2) The defendant, defense counsel (if any), and counsel for the government shall attend.

3) The government shall serve this order on the defendant and shall file a certificate of service identifying the manner and date of such service.

November 8, 2013.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge

**U.S. Fish and Wildlife Service**
**United States District Court**
**Violation Notice**

CVB Location Code: NE17

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W 0905548 | SA Damico | 435 |

W 0905548

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 07/08/2013 | 16 USC 668a |

Place of Offense: Atkinson, Nebraska

Offense Description: Unlawful possession of Eagle Parts

### DEFENDANT INFORMATION   Phone: (402) 518-1882

| Last Name | First Name | M.I. |
|---|---|---|
| KINDSCHUH | Jason | J. |

Street Address: 1629 Avenue B   Apt. 2

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Council Bluffs | IA | 51501 | 10/08/1982 |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| H1280282I (exp.) | NE | 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 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRN   Eyes: BLU   Height: 6'0"   Weight: 150

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 650.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →**  $ 675.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

FWS Form 3-219, Rev. 7/05
Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 8, 2013 while exercising my duties as a law enforcement officer in the _____ District of Nebraska

Jason KINDSCHUH did unlawfully possess parts of an eagle, to wit; eagle talon, in violation of the Bald & Golden Eagle Protection Act, 16 USC 668(a)

Atkinson Police Officer found KINDSCHUH in possession of an eagle talon on 07/08/2013. On 07/12/2013, SA contacted KINDSCHUH who admitted he knew it was an eagle talon, and he had possessed it.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above) Admission of KINDSCHUH

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/22/2013   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge