IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13CB3007 |
| vs. | VIOLATION NO. W0905548 |
| JASON J. KINDSCHUH, | ORDER |
| Defendant. | |

Defendant's oral motion for time to make payments regarding the citation issued to the Defendant on July 18, 2013, (Filing No. 34), is granted, and

IT IS SO ORDERED:

1) The Defendant shall make payments of $350.00 to the Central Violations Bureau on or before Friday, December 6, 2013.

2) The Defendant must pay the remaining balance of $275.00 before February 15, 2014.

3) This matter shall be continued until March 6, 2014. If the violation is not paid in full before March 6, 2014, the defendant must appear in court at 8:30 a.m.

December 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge